STEVE S. EFRON
ATTORNEY AT LAW
237 WEST 35TH STREET • SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

May 24, 2013

Hon. Margo K. Brodie
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Sass v. MTA Bus Company
10-cv-4079(MKB)(MDG)

Dear Judge Brodie:

This office represents defendant MTA Bus Company ("MTA Bus") in the referenced employment discrimination suit. I am writing at the Court's direction to offer the legal basis for the admissibility of MTA Bus's proposed trial exhibit H, a report authored by MTA Bus's Robert Picarelli. A copy of the report is annexed to this letter memorandum.

Picarelli testified at his deposition, and is expected to testify again at trial, that his job responsibilities include "perform[ing] internal investigations for MTA Bus." Deposition of Robert Picarelli, held on January 6, 2012, at 6-7.[1] In late October of 2009 he conducted an investigation into the circumstances surrounding Sass's discovery of Nazi symbols on a bus roster sheet – which included interviews of the involved parties – and generated a report of his investigation, his conclusions and a recommendation that "appropriate action" be taken against Sass and his coworker, Totarom. Id. at 13-14, 26, 38, 43-44.

David Franceschini, MTA Bus's senior director of labor relations, reviewed the report and, based on its contents, drafted disciplinary charges against both Sass and Totarom. Deposition of David Franceschini, held on February 15, 2012, at 10, 21-22, 24, 28.[2] Arturo

---

[1]A copy of Picarelli's deposition was submitted as Exhibit C in support of MTA Bus's motion for summary judgment.

[2]A copy of Franceschini's deposition was submitted as Exhibit D in support of MTA Bus's motion for summary judgment.

Hidalgo, the MTA Bus manager who presided over the ensuing disciplinary hearing which culminated in Sass's termination from employment, also reviewed and relied on Picarelli's report, including its recitation of witness statements. Deposition of Arturo Hidalgo, held on February 15, 2012, at 9, 14-15, 20-21.[3]

Picarelli can be expected to testify at trial that his report was made in the regular course of MTA Bus's business, Fed. R. Evid. 803(6), and that informants such as Totarom and Miller, whose statements are recorded in the report, were MTA Bus employees under a business duty to impart information to him. Cf. United States v. Bortnovsky, 879 F.2d 30, 34 (2d Cir. 1989).

But irrespective of whether the report qualifies in whole or in part as a business record, the hearsay rule is not implicated. "'Hearsay' means a statement that ... a party offers in evidence to prove the truth of the matter asserted in the statement." Fed. R. Evid. 801. Here, however, the Picarelli report is being offered "not for its truth, but rather to demonstrate the motivations and 'state of mind'" of Franceschini in drawing up disciplinary charges against Sass and of Hidalgo in sustaining the charges. McDonald v. City of New York, 786 F. Supp.2d 588, 598 n. 11 (E.D.N.Y. 2011). A hearsay objection simply has no validity where "defendant's internal documents and declarations ... are offered to show the state of mind of defendant's representatives in making employment decisions with regard to plaintiff." Greenidge v. Costcos Wholesale, 2012 U.S. Dist. LEXIS 45698, *3 n. 2 (E.D.N.Y. March 30, 2012); see also King v. New York City Bd. of Educ., 2000 U.S. Dist. LEXIS 18709, *21 (E.D.N.Y. Dec. 19, 2000) (rejecting hearsay challenge to admission of letters where "they were admitted as evidence of the state of mind of [defendant's representative], who made the decision to deny plaintiff tenure, and testified that she relied in part on the challenged letters").

For these reasons, MTA Bus submits that the Picarelli report, trial exhibit H, is admissible in evidence at the trial of the action.

Respectfully yours,

Steve S. Efron

SSE:s

---

[3]A copy of Hidalgo's deposition was submitted as Exhibit E in support of MTA Bus's motion for summary judgment.

# Memorandum



Metropolitan Transportation Authority

**Date:** November 3, 2009

**To:** John R. Hein, Executive Vice President

**From** Robert Picarelli, Chief Officer, Internal Studies & Operations Improvement

**Re:** Draft Report - Offensive Insignias on College Point Depot Documents

This will provide you with the results of our investigation into a report from College Point Depot General Superintendent Robert Bruno that on October 29th, Line Supervisor Ganesh Totarom (#B00048) reported that he found a document with swastikas, on a copier in the fuel station area.

Results of Investigation

1. General Superintendent Robert Bruno's Account

On October 28th, Line Supervisor Totarom advised General Superintendent Bruno that he discovered a document on the copier in the service building with improper markings.[1] General Superintendent Bruno told Line Supervisor Totarom that he wanted to see the document; however, Totarom indicated that he had to locate it. The next morning, General Superintendent Bruno found an interoffice envelope under the keyboard in his

---

[1] Line Supervisor Totarom was not specific in describing the markings to General Superintendent Bruno.

office. The envelope contained an undated Fuel Sheet (Attachment A) which had two swastikas on it.[2]

### 2. Line Supervisor Ganesh Totarom's Initial Account

On Friday evening (October 23rd), Line Supervisor Gary Sass told Line Supervisor Totarom that he had discovered a document with a swastika on it, on the copier in the service area. Line Supervisor Totarom examined the document that General Superintendent Bruno provided to us, and confirmed that this was the document that he left for Bruno on Wednesday evening. Line Supervisor Sass told Line Supervisor Totarom that he wanted to report this document to a manager; however there were no managers on duty at the time. Since Monday was Line Supervisor Sass' regular day off, Line Supervisor Totarom agreed to submit the document to General Superintendent Bruno on Monday. However, Line Supervisor Sass kept the document in his locker. As a result, Line Supervisor Totarom could not submit it to General Superintendent Bruno on Monday. Line Supervisor Totarom was busy on Tuesday and Wednesday, and consequently did not remember to advise General Superintendent Bruno about the document. Line Supervisor Totarom explained that in his opinion, this document did not constitute an emergency so he did not attempt to report it telephonically to management.

Line Supervisor Totarom noted that Line Supervisor Ira Lepzelter, (who he opined was Jewish) also worked the same tour as General Superintendent Bruno, and expressed concern that Lepzelter could have discovered the document and been offended.

### 3. Line Supervisor Gary Sass' Initial Interview

On Friday at approximately 12:30 a.m., while Line Supervisor Sass made copies, he discovered a document which contained swastikas, on the copier. Line Supervisor Sass

---

[2] This document was a rotation sheet and contained the MTA Bus and College Point Depot logos, and the words "FUEL SHEET".

unsuccessfully looked for a Superintendent to report this discovery to.. Since he could not locate a manager, Line Supervisor Sass discussed the situation with Line Supervisor Totarom. Line Supervisor Totarom agreed to submit the document to General Superintendent Bruno for him on Monday.

Line Supervisor Sass discovered a similar document with swastikas, on a copier in March 2008. Line Supervisor Sass claimed to have submitted the document and an incident report to Superintendent Miller in March 2008. However, Line Supervisor Sass was not aware of Manager Miller taking any follow-up action. Line Supervisor Sass was able to locate and provide the document he claimed to have found on the copier in March 2008 (Attachment B); however he could not locate the incident report. We compared the two documents and discovered that the documents were different in that although they both contained the same swastikas, they had different headers. The document provided to us by Line Supervisor Sass did not contain any of the header information contained on the document submitted by Line Supervisor Totarom. Rather, this document contained the word, *"Rims"* written in script. Line Supervisor Sass acknowledged that 'Rims' was written in his handwriting.. Line Supervisor Sass also provided us with a third rotation sheet (Attachment C). This sheet was identical to Attachment B; however it did not contain any swastikas.

Line Supervisor Sass told Line Supervisor Totarom that he (Sass) was concerned about submitting the document to management with his handwriting on it. Line Supervisor Sass opined that Line Supervisor Totarom altered the document by placing a new header on it before he submitted it to General Superintendent Bruno.

4. Line Supervisor Ganesh Totarom's Second Interview[3]

Line Supervisor Totarom acknowledged that Line Supervisor Sass indicated that he was concerned about submitting the document with his handwriting on it to management. Line Supervisor Totarom admitted that on Wednesday, at approximately 6:00 p.m., he placed a new header on the document. Line Supervisor Totarom clarified that Line Supervisor Sass provided him with scissors and that Sass was present when he altered the document.

Line Supervisor Sass never told Line Supervisor Totarom that he had previously discovered a document in March 2008 on a copier that contained swastikas.

5. Line Supervisor Gary Sass' Second Interview[4]

Line Supervisor Sass and Line Supervisor Totarom had a discussion about hate groups. During this conversation, Line Supervisor Sass told Line Supervisor Totarom that in March 2008, he had found a document on a copier that contained swastikas, and that he had submitted it to Superintendent Miller, but Miller did nothing about it. According to Line Supervisor Sass, Line Supervisor Totarom opined that management must address that issue.

Line Supervisor Sass admitted that he did not discover a document which contained swastikas on the copier on Friday. Line Supervisor Sass also admitted that he and Line Supervisor Totarom altered (changed headers) the document he alleged to have discovered in March 2008, and that Line Supervisor Totarom submitted it to General Superintendent Bruno.

---

[3] Line Supervisor Totarom was accompanied to his second interview by his union representative.
[4] Line Supervisor Sass was accompanied to his second interview by his union representative.

6. Superintendent Charlie Miller's Account

Superintendent Miller acknowledged that he had received various incident reports from Line Supervisor Sass concerning employees or depot matters. However, Superintendent Miller denied ever receiving an incident report from Line Supervisor Sass regarding his discovering a document which contained swastikas. Superintendent Miller emphasized that he would have recalled such an event.

Conclusions

Superintendent Miller denied receiving an incident report from Line Supervisor Sass which reported his discovery of a document which contained swastikas. We found Superintendent Miller to be credible. Based on the totality of the investigation, we did not find Line Supervisor Sass to be credible. Of particular note, Line Supervisor Sass was able to locate the original document with the swastikas, but could not locate his incident report with the Accordingly, we did not substantiate Line Supervisor Sass' claim that in March 2008, he reported to Superintendent Miller that he discovered a document which contained swastikas.

We do not offer an explanation as to how or by whom the swastikas were originally placed on the rotation sheet that Line Supervisor Sass possessed. However, it is clear that Line Supervisor Sass and Line Supervisor Totarom altered a document which contained swastikas, knowing that it would be submitted to management to predicate an investigation into a bias incident. Line Supervisor Sass was fully aware that his allegation that the document was discovered on October 23rd was entirely false. We can not reach a determination as to whether or not Line Supervisor Totarom was aware the document was not discovered on or about October 23rd.

Line Supervisor Totarom made a false report to General Superintendent Bruno on October 28th that he discovered a document containing improper markings. On October 29th, Line Supervisor Sass knowingly made false statements and impeded our investigation when he reported that on October 23rd, he discovered this document on a copier. Line Supervisor Sass ultimately admitted that he lied to investigators regarding when he discovered this document. Line Supervisor Sass also admitted that he and Line Supervisor Totarom fabricated the document.

While Line Supervisor Totarom never claimed to have knowledge that Line Supervisor Sass did not discover the document on October 23rd, he admitted that he intentionally altered this document prior to submitting it to management so that Line Supervisor Sass' handwriting was not on the document.

Line Supervisor Sass claimed that he initiated this false report because he reported a similar incident to Manager Miller in March 2008 which was not investigated. We find this explanation to be remarkable and grossly irresponsible. Swastikas are a widely know symbol of hate. The posting of this symbol on Authority records is grossly inappropriate and offensive, and could be the considered a bias crime. Our initial response to College Point Depot was to assist in facilitating the investigation and possibly contacting the local police precinct to report a possible bias crime. If Line Supervisor Sass' concern regarding his claimed initial submission of this document in March 2008 was genuine, he could have inquired with General Superintendent Bruno, or other senior managers within the depot, division or agency, regarding the outcome of any possible investigation. Attempting to resolve this allegedly unresolved matter in this fashion is irrational and unacceptable, and could have resulted in the filing of a false police report. Furthermore, by not providing the proper context of the document, he compromised any possible investigation and could have caused great disruption to depot operations.

Recommendations

1. Take appropriate action with regard to Line Supervisor Sass and Line Supervisor Totarom.
2. Seek reimbursement for all costs associated with the investigation and administration of this matter from Line Supervisor Sass and Line Supervisor Totarom.

Please provide me with any comments and actions taken by November 17, 2009.

cc: R. DeVito
    B. Brennan
    D. Franceschini

Attachments

# FUEL SHEET

## DATE _____

🚌 -Bus

| | | | | | | |
|---|---|---|---|---|---|---|
| 9827 | 9875 | 9924 | 9972 | 7234 | 7282 | 3068 |
| 9828 | 9876 | 9925 | 9973 | 7235 | 7233 | 3099 |
| 9829 | 9877 | 9926 | 9974 | 7236 | 7284 | 3100 |
| 9830 | 9878 | 9927 | 9975 | 7237 | 7285 | 3101 |
| 9831 | 9879 | 9928 | 9976 | 7238 | | 3102 |
| 9832 | 9880 | 9929 | 9977 | 7239 | 3695 | 3103 |
| 9833 | 9881 | 9930 | 9978 | 7240 | 3696 | 3104 |
| 9834 | 9882 | 9931 | 9979 | 7241 | 3697 | 3105 |
| 9835 | 9883 | 9932 | 9980 | | | |
| 9836 | 9884 | 9933 | 9981 | | | |
| 9837 | | | 9982 | 7244 | | |
| 9838 | | | 9983 | 7245 | | 3108 |
| 9839 | 9887 | 9936 | 9984 | 7246 | | 3110 |
| 9840 | 9888 | 9937 | 9985 | | | |
| 9841 | 9889 | 9938 | 9986 | | | 3113 |
| 9842 | 9890 | 9939 | 9987 | | | |
| 9843 | 9891 | 9940 | 9988 | 7250 | 3069 | 3114 |
| 9844 | 9892 | 9941 | 9989 | 7251 | | 3116 |
| 9845 | 9893 | 9942 | 9990 | | | |
| 9846 | 9894 | 9943 | 9991 | | | |
| 9847 | 9895 | 9944 | 9992 | | | |
| 9848 | 9896 | 9945 | 9993 | 7255 | 3071 | 3194 |
| 9849 | 9897 | 9946 | 9994 | 7256 | 3072 | 3195 |
| 9850 | 9898 | 9947 | 9995 | 7257 | 3073 | 3196 |
| 9851 | 9899 | 9948 | 9996 | 7258 | 3074 | 3197 |
| 9852 | 9901 | 9949 | 9997 | 7259 | 3075 | 3198 |
| 9853 | 9902 | 9950 | 9998 | 7260 | 3076 | 3199 |
| 9854 | 9903 | 9951 | 9999 | 7261 | 3077 | 3462 |
| 9855 | 9904 | 9952 | | 7262 | 3078 | 3467 |
| 9856 | 9905 | 9953 | 8560 | 7263 | 3079 | 3464 |
| 9857 | 9906 | 9954 | 8568 | 7264 | 3080 | 3465 |
| 9858 | 9907 | 9955 | 8570 | 7265 | 3081 | 3466 |
| 9859 | 9908 | 9956 | 8571 | 7266 | 3082 | 3467 |
| 9860 | 9909 | 9957 | 8572 | 7267 | 3083 | 3468 |
| 9861 | 9910 | 9958 | 8573 | 7268 | 3084 | 3408 |
| 9862 | 9911 | 9959 | 8574 | 7269 | 3085 | 3470 |
| 9863 | 9912 | 9960 | 8575 | 7270 | 3086 | 3471 |
| 9864 | 9913 | 9961 | 8576 | 7271 | 3087 | 3472 |
| 9865 | 9914 | 9962 | 8577 | 7272 | 3088 | 3473 |
| 9866 | 9915 | 9963 | 8578 | 7273 | 3089 | 3474 |
| 9867 | 9916 | 9964 | 8579 | 7274 | 3090 | |
| 9868 | 9917 | 9965 | 8580 | 7275 | 3091 | |
| 9869 | 9918 | 9966 | 8581 | 7276 | 3092 | |
| 9870 | 9919 | 9967 | | 7277 | 3093 | |
| 9871 | 9920 | 9968 | 8550 | 7278 | 3094 | |
| 9872 | 9921 | 9969 | 8551 | 7279 | 3095 | |
| 9873 | 9922 | 9970 | 8552 | 7280 | 3096 | |
| 9874 | 9923 | 9971 | 8553 | 7281 | 3087 | |

http://hubpages.com/u/26197_f.50.JPE

2/21/11

WORK SHEET FOR: _____  DATE: _____

*(signature)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 9827 | 9875 | 9924 | 9972 | 7234 | 7282 | 3098 |
| 9828 | 9876 | 9925 | 9973 | 7235 | 7283 | 3099 |
| 9829 | 9877 | 9926 | 9974 | 7236 | 7284 | 3100 |
| 9830 | 9878 | 9927 | 9975 | 7237 | 7285 | 3101 |
| 9831 | 9879 | 9928 | 9976 | 7238 | | 3102 |
| 9832 | 9880 | 9929 | 9977 | 7239 | 3055 | 3103 |
| 9833 | 9881 | 9930 | 9978 | 7240 | 3056 | 3104 |
| 9834 | 9882 | 9931 | 9979 | 7241 | 3057 | 3106 |
| 9835 | 9883 | 9932 | 9980 | | | |
| 9836 | 9884 | 9933 | 9981 | | | |
| 9837 | 9885 | | 9982 | 7244 | 3061 | 3107 |
| 9838 | 9886 | 9936 | 9983 | 7245 | 3061 | 3109 |
| 9839 | 9887 | 9936 | 9984 | 7246 | 3062 | 3110 |
| 9840 | 9888 | 9937 | 9985 | | | |
| 9841 | 9889 | 9938 | 9986 | | | |
| 9842 | 9890 | 9939 | 9987 | 7248 | 3056 | 3113 |
| 9843 | 9891 | 9940 | 9988 | 7250 | 3065 | 3114 |
| 9844 | 9892 | 9941 | 9989 | 7251 | | 3115 |
| 9845 | 9893 | 9942 | 9990 | | | |
| 9846 | 9894 | 9943 | 9991 | | 3069 | |
| 9847 | 9895 | 9944 | 9992 | | | |
| 9848 | 9896 | 9945 | 9993 | 7255 | 3071 | 3194 |
| 9849 | 9897 | 9846 | 9994 | 7256 | 3072 | 3166 |
| 9850 | 9898 | 9847 | 9995 | 7257 | 3073 | 3196 |
| 9851 | 9899 | 9848 | 9996 | 7258 | 3074 | 3197 |
| 9852 | 9901 | 9849 | 9997 | 7259 | 3075 | 3198 |
| 9853 | 9902 | 9950 | 9998 | 7280 | 3076 | 3199 |
| 9854 | 9903 | 9951 | 9999 | 7261 | 3077 | 3462 |
| 9855 | 9904 | 9952 | | 7262 | 3078 | 3463 |
| 9856 | 9905 | 9953 | 8560 | 7263 | 3079 | 3464 |
| 9857 | 9906 | 9954 | 8569 | 7264 | 3080 | 3465 |
| 9858 | 9907 | 9956 | 8570 | 7265 | 3081 | 3466 |
| 9859 | 9908 | 9956 | 8571 | 7266 | 3082 | 3467 |
| 9860 | 9909 | 9957 | 8572 | 7267 | 3083 | 3468 |
| 9861 | 9910 | 9958 | 8573 | 7268 | 3084 | 3469 |
| 9862 | 9911 | 9959 | 8574 | 7269 | 3085 | 3470 |
| 9863 | 9912 | 9960 | 8575 | 7270 | 3086 | 3471 |
| 9864 | 9913 | 9961 | 8576 | 7271 | 3087 | 3472 |
| 9865 | 9914 | 9962 | 8577 | 7272 | 3088 | 3473 |
| 9866 | 9915 | 9963 | 8578 | 7273 | 3088 | 3474 |
| 9867 | 9916 | 9964 | 8579 | 7274 | 3090 | |
| 9868 | 9917 | 9965 | 8580 | 7275 | 3091 | |
| 9869 | 9918 | 9966 | 8581 | 7276 | 3092 | |
| 9870 | 9919 | 9967 | 7736 | 7277 | 3093 | |
| 9871 | 9920 | 9968 | 7250 | 7278 | 3094 | |
| 9872 | 9921 | 9969 | 7251 | 7279 | 3095 | |
| 9873 | 9922 | 9970 | 7252 | 7280 | 3096 | |
| 9874 | 9923 | 9974 | 7233 | 7281 | 3097 | |

http://hubpages.com/u/26197_f260.jpg

4/21/20

Exhibit L

WORKSHEET  JR: 

DATE

| | | | | | | |
|---|---|---|---|---|---|---|
| 9827 | 9876 | 9924 | 9972 | 7234 | 7282 | 3098 |
| 9828 | 9870 | 9925 | 6873 | 7236 | 7283 | 3099 |
| 9829 | 9877 | 9926 | 5974 | 7236 | 7284 | 3100 |
| 9830 | 9878 | 9927 | 5976 | 7237 | 7285 | 3101 |
| 9831 | 9879 | 9928 | 9976 | 7238 | | 3102 |
| 9832 | 9880 | 9929 | 9977 | 7239 | 3055 | 3103 |
| 9833 | 9881 | 9930 | 9978 | 7240 | 3056 | 3104 |
| 9834 | 9882 | 9931 | 9976 | 7241 | 3057 | 3105 |
| 9835 | 9883 | 9932 | 6080 | 7242 | 3058 | 3106 |
| 9836 | 9884 | 9933 | 8881 | 7243 | 3059 | 3107 |
| 9837 | 9886 | 9934 | 8882 | 7244 | 3050 | 3108 |
| 9838 | 9886 | 9939 | 9983 | 7246 | 3061 | 3109 |
| 9839 | 9887 | 9936 | 9984 | 7246 | 3062 | 3110 |
| 9840 | 9888 | 9937 | 9986 | 7247 | 3063 | 3111 |
| 9841 | 9889 | 9938 | 9886 | 7248 | 3064 | 3112 |
| 9842 | 9890 | 9939 | 9887 | 7249 | 3065 | 3113 |
| 9843 | 9891 | 9940 | 8882 | 7250 | 3066 | 3114 |
| 9844 | 9892 | 9941 | 9986 | 7251 | 3067 | 3190 |
| 9845 | 9893 | 9942 | 8890 | 7252 | 3088 | 3191 |
| 9846 | 9894 | 9943 | 9981 | 7253 | 3089 | 3192 |
| 9847 | 9896 | 9944 | 9982 | 7254 | 3070 | 3193 |
| 9848 | 9896 | 9946 | 9993 | 7266 | 3071 | 3194 |
| 9849 | 9897 | 9946 | 9994 | 7256 | 3072 | 3195 |
| 9850 | 9898 | 9947 | 9995 | 7257 | 3073 | 3196 |
| 9851 | 9899 | 9948 | 9996 | 7258 | 3074 | 3167 |
| 9852 | 9901 | 9949 | 8887 | 7269 | 3075 | 3189 |
| 9853 | 9902 | 9950 | 8888 | 7260 | 3076 | 3199 |
| 9854 | 9903 | 9961 | 8899 | 7261 | 3077 | 3462 |
| 9855 | 9904 | 9962 | | 7262 | 3078 | 3463 |
| 9866 | 9905 | 9963 | 8566 | 7263 | 3079 | 3464 |
| 9857 | 9906 | 9964 | 8569 | 7264 | 3080 | 3465 |
| 9858 | 9907 | 9955 | 8570 | 7265 | 3081 | 3466 |
| 9859 | 9908 | 9956 | 8571 | 7266 | 3082 | 3467 |
| 9860 | 9909 | 9957 | 8572 | 7267 | 3083 | 3468 |
| 9861 | 9910 | 9958 | 8573 | 7268 | 3084 | 3469 |
| 9862 | 9911 | 9959 | 8574 | 7289 | 3085 | 3470 |
| 9863 | 9912 | 9960 | 8575 | 7270 | 3086 | 3471 |
| 9864 | 9913 | 9961 | 8576 | 7271 | 3067 | 3472 |
| 9865 | 9914 | 9962 | 8677 | 7272 | 3088 | 3473 |
| 9866 | 9915 | 9969 | 8578 | 7273 | 3089 | 3474 |
| 9867 | 9916 | 9964 | 8579 | 7274 | 3090 | |
| 9868 | 9917 | 9965 | 8580 | 7276 | 3091 | |
| 9869 | 9918 | 9966 | 8581 | 7276 | 3092 | |
| 9870 | 9919 | 9967 | 7036 | 7277 | 3093 | |
| 9871 | 9920 | 9968 | 7051 | 7278 | 3094 | |
| 9872 | 9921 | 9969 | 7051 | 7279 | 3086 | |
| 9873 | 9922 | 9970 | 7052 | 7280 | 3086 | |
| 9874 | 9923 | 9971 | 7233 | 7281 | 3087 | |